# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>IDIN RAFIEE (3),<br><br>　　　　　　　Defendant. | Case No. 14CR0240-JLS<br><br>JUDGMENT OF DISMISSAL |

**FILED**
2016 MAY 20 PM 2:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___TM___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

50 U.S.C. §§ 1702 & 1705, 31 C.F.R. Part 560 – Conspiracy to export to embargoed country;
18 U.S.C. §981(a)(1)(c), and 28 U.S.C. §2461(c) – Criminal forfeiture

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/13/2016

　　　　　　　　　　　　　　　　　_/s/ Janis L. Sammartino_
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge